UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cheryl Barnett</u>

        v.                            Case No. 09-cv-264-PB

<u>Stephanie and Gary Pickering</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 23, 2009.

    SO ORDERED.


January  8, 2010                                <u>/s/ Paul Barbadoro</u>
                                                       Paul Barbadoro
                                                      United States District Judge


cc:    Cheryl Barnette, Pro Se